Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
rml@morrislawgroup.com
rct@morrislawgroup.com

Attorneys for Defendant
National Credit Systems, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA D. PEARSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.; a Foreign Corporation,<br><br>Defendants. | Case No: 2:19-cv-01965-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), defendant National Credit Systems, Inc., ("Defendant") and plaintiff Anna D. Pearson ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on November 8, 2019) from December 3, 2019 to December 17, 2019.

1

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before December 17, 2019; and

    c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: December 3, 2019

By: /s/ *Raleigh Thompson*
  Raleigh C. Thompson (11296)
  Ryan M. Lower (9108)
  MORRIS LAW GROUP
  411 E. Bonneville Ave., Suite 360
  Las Vegas, Nevada 89101

Attorneys for Defendant
National Credit Systems, Inc.

Dated: December 3, 2019

By: /s/ *Mitchell D. Gliner*
  Mitchell D. Gliner (3419)
  3017 W. Charleston Blvd., Suite 95
  Las Vegas, Nevada 89102

Attorneys for Plaintiff
Anna D. Pearson

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2019