# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNA D. PEARSON, | Case No. 2:19-cv-01965-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL CREDIT SYSTEMS, INC., | |
| Defendant. | |

This matter is before the Court on Defense Counsel's Motion to Withdraw as Counsel (ECF No. 20), filed on July 30, 2020. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Thomson indicates Defendant has failed to meet its obligations to the firm despite reasonable warnings and that continued representation would result in an unreasonable financial burden necessitating withdrawal. The Court will require that Defendant National Credit Systems, Inc. advise the Court if it will retain new counsel by August 31, 2020 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before August 31, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Defendant National Credit Systems, Inc. including dismissal of this action.

1  　　　　IT IS HEREBY ORDERED that Defense Counsel Raleigh C. Thompson and Ryan M.
2  Lower's Motion to Withdraw as Counsel (ECF No. 20) is **granted**.
3  　　　　IT IS FURTHER ORDERED that Defendant National Credit Systems, Inc. shall have
4  until August 31, 2020 to advise the Court if it will retain new counsel.  Failure to notify the Court
5  as to their new representation may subject it to dispositive sanctions, including a recommendation
6  for dismissal of this action.
7  　　　　IT IS FURTHER ORDERED that the Clerk of the Court shall add the last known address
8  of Defendant to the civil docket and send a copy of this Order to Defendant's last known address:
9  　　Ron Sapp, Vice President of Operations for National Credit Systems, Inc.
10  　　39555 Orchard Hill Place
11  　　Ste. 600, PMB 6338
12  　　Novi, Michigan 48375
13  　　katrina@demartelaw.com

15  　　DATED: August 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE