Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANNA D. PEARSON )
 )
    Plaintiff, )
 )  Case No. 2:19-cv-01965-RFB-DJA
vs. )
 )
NATIONAL CREDIT SYSTEMS, INC. )
a Foreign Corporation )
 )
    Defendant. )
_____ )

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    ANDREW VAN NESS, ESQ.

_____             _____
MITCHELL D. GLINER, ESQ.                    ANDREW VAN NESS, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 009709
3017 W. Charleston Blvd. # 95               3815 S. Jones, Ste. 1
Las Vegas, Nevada 89102                     Las Vegas, Nevada 89103
Attorney for Plaintiff                      Attorney for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of September, 2020.